ORIGINAL



**FILED**
MAY - 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| In Re: | ) Chapter 13 |
|---|---|
| ANGELA QUINTANA | ) Case No. 04-57373 ASW |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2489544 for an unclaimed dividend in the amount of $1.26. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ANGELA QUINTANA
505 CENTER ST
SANTA CRUZ, CA 95060

Dated: May 03, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE